UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER DOBOZY, ) | |
| ) | |
| Plaintiff ) | Civil Action No. 4:18-CV-01539-SL |
| v. ) | |
| ) | Honorable Judge Sara Lioi |
| VALLOUREC STAR, LP, ) | |
| ) | **MOTION FOR ADMISSION OF** |
| Defendant. ) | **ROBERT G. LIAN, JR. *PRO HAC VICE*** |
| ) | |
| ) | |

Pursuant to Local Rule 83.5(h), Defendant Vallourec Star, LP ("Vallourec Star" or "Defendant"), by and through the undersigned counsel, respectfully moves for the admission of Robert G. Lian, Jr. *pro hac vice*. In support of this motion, Defendant and the undersigned submit the following:

The undersigned, Douglas B. Schnee has entered his appearance as counsel of record for Defendant. Vallourec Star has also retained Robert G. Lian, Jr., a partner at the law firm of Akin Gump Strauss Hauer & Feld, LLP to represent its interests in this case. The contact information for Mr. Lian is 1333 New Hampshire Avenue, NW, Washington, DC 20036, telephone number 202-887-4358, facsimile number 202-887-4288, and email blian@akingump.com.

As set forth in Mr. Lian's Affidavit, which is attached as Exhibit A, Mr. Lian is admitted and an active member in good standing of the Bar of the State of Virginia since October 15, 1993 (Bar No. 36406) and of the Bar of the District of Columbia since April 2, 1995 (Bar No. 446313). He is in good standing to practice in the following courts: District of Columbia Court of Appeals, Virginia Supreme Court, U.S. Courts of Appeal for the Fourth, 7th, 11th, and DC Circuit, U.S. District Court for the District of Columbia, Eastern District of Virginia and Western District of Virginia. Mr. Lian has never been suspended or disbarred from practicing before any

court, department, bureau or commission of any state, nor has Mr. Lian ever received a reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

Mr. Lian agrees to abide by the Local Rules of this Court and to submit to the jurisdiction of this Court for the purposes of any disciplinary action that might arise out his representation of Vallourec Star in this case. I am of the opinion that Mr. Lian is of the highest moral character.

WHEREFORE, the undersignied respectfully request an Order authorizing admission of Robert G. Lian, *pro hac vice* for purposes of participating in all court proceedings in this matter.

Dated: August 27, 2018               Respectfully submitted,

/s/*Douglas B. Schnee*
Douglas B. Schnee, Esq.
Ohio Bar No. 0063643
Telephone: (216) 348-5720
dschnee@mcdonaldhopkins.com
McDonald Hopkins
600 Superior Avenue East
Suite 2100
Cleveland, OH 44114

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2018, I have electronically filed the foregoing Motion for Admission *Pro Hac Vice* via the Court's ECF System, which will transmit notification of such filing to the following:

>Anthony J. Lazzaro
>Lori M. Griffin
>Chastity L. Christy
>The Lazzaro Law Firm
>920 Rockefeller Building
>614 W. Superior Avenue
>Cleveland, OH 44113
>
>*Counsel for Plaintiff*

/s/*Douglas B. Schnee*
Douglass B. Schnee
***Attorney for Defendant Vallourec Star, LP***