# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER DOBOZY, ) | |
| ) | |
| Plaintiff ) | Civil Action No. 4:18-CV-01539-SL |
| v. ) | |
| ) | Honorable Judge Sara Lioi |
| VALLOUREC STAR, LP, ) | |
| ) | **AFFIDAVIT OF ROBERT G. LIAN, JR.** |
| Defendant. ) | **IN SUPPORT OF ADMISSION *PRO HAC*** |
| ) | ***VICE*** |
| ) | |

DISTRICT OF COLUMBIA   )
                                         )  ss:
                                         )

I, Robert G. Lian, Jr., being first duly sworn and according to law herein, do depose and state the following:

1. I submit this Affidavit in support of the motion of Defendant Vallourec Star, LLP and Douglas B Schnee, counsel for Vallourec Star, for my admission *pro hac vice* to appear and participate fully as an attorney of record in all proceedings of this action.

2. I was admitted to the Bar of the State of Virginia on October 15, 1993 (Bar No. 36406) and to the Bar of the District of Columbia on April 2, 1995 (Bar No. 446313), and remain a member in good standing of both. I am also admitted, and am in good standing, to practice before the following courts: District of Columbia Court of Appeals, Virginia Supreme Court, U.S. Courts of Appeal for the Fourth, Seventh, Eleventh, and DC Circuits, U.S. District Court for the District of Columbia, Eastern District of Virginia and Western District of Virginia.

3. Pursuant to Local Rule 83.5(h), my required contact information and bar registration numbers are:

>Robert G. Lian, Jr.
>Akin Gump Strauss Hauer & Feld, LLP
>1333 New Hampshire Avenue, NW
>Washington, DC 20036
>Tel: 202-887-4358
>Fax: 202-887-4288
>blian@akingump.com

4. I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States, nor have I ever received any reprimand from any court, department, bureau, or commission of any State or the United States pertaining to conduct or fitness as a member of the bar.

5. I am familiar with and will abide by the Local Rules of the United States District Court for the Northern District of Ohio.

6. I will appear as counsel for Vallorec Star, LP.

FURTHER AFFIANT SAYETH NAUGHT.

Robert G. Lian, Jr.

Subscribed and sworn to before me,
the undersigned Notary Public,
this 27th day of August, 2018.

Notary Public in and for the
District of Columbia



DAVID GOODMAN
Notary Public of District of Columbia
My Commission Expires July 14, 2021

2